UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

SYDNEY PRICE,                                    )
                                                 )
        Plaintiff,                               )
                                                 )
        v.                                       )    CAUSE NO. 4:25-cv-00204
                                                 )
ROLLING HILLS HEALTHCARE CENTER,                 )
                                                 )
        Defendant.                               )

## NOTICE OF REMOVAL

Defendant, INNH EMP, LLC —improperly named as Rolling Hills Healthcare Center—

by counsel, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, and in accordance with the Federal

Rules of Civil Procedure, hereby files this Notice of Removal. In support thereof, Defendant states:

1.      On September 9, 2025, Plaintiff, Sydney Price, commenced a civil action in the

Superior Court of Floyd County under Cause No. 22D03-2509-CT-1529, (the "State Court Case"),

by filing the Complaint. A true and accurate copy of the Complaint is attached hereto as **Exhibit A.**

2.      Thereafter, Plaintiff served Defendant with a copy of the Complaint and Summons

no earlier than September 17, 2025, via registered or certified mail, requiring Defendant's

responsive pleading to Plaintiff's Complaint be filed on or before October 10, 2025.

3.      On October 1, 2025, Plaintiff filed, and the court granted, a Motion for Leave to

file an Amended Complaint. Plaintiff filed her Amended Complaint the same day.

4.      On October 2, 2025, the Court issued an order setting the State Court Case for a

status conference on January 27, 2026. Plaintiff also requested the Court to issue a summons for

personal service of the Amended Complaint upon Defendant.

5.      Defendant has not received service of Plaintiff's Amended Complaint.

6.      On October 14, 2025, the Court granted Plaintiff's Motion to Amend her Complaint again. Plaintiff filed her Second Amended Complaint the same day. A true and accurate copy of the Second Amended Complaint is attached hereto as **Exhibit C.**

7.      Defendant has not received service of Plaintiff's Second Amended Complaint.

8.      Under 28 U.S.C. §§ 1446(b)(1), a party must file a notice of removal of a civil action within 30 days after receipt of Plaintiff's initial pleadings.

9.      Defendant's deadline to file this notice of removal is October 17, 2025. That deadline has not passed.

10.      Defendant has filed this Notice of Removal in accordance with the timing requirements of 28 U.S.C. § 1446.

11.      No further pleadings have been served upon Plaintiff or Defendant. No further proceedings have taken place in the Superior Court of Floyd County.

## **DIVERSITY JURISDICTION**

12.      Removal is proper based on diversity jurisdiction under 28 U.S.C. § 1332.

13.      Defendant is a single member limited liability company. The address of Defendant's principal office is 10123 Alliance Rd, Ste 320, Blue Ash, Ohio 45242. Defendant's sole member is Health Care Facilities Staffing, LLC ("HCFS"). HCFS is registered with the Ohio Secretary of State as a Domestic Limited Liability Company. The members of HCFS are citizens of Ohio. The membership of a limited liability company is determined by the citizenship of each of its members. *See City of East Saint Louis, Ill. v. Netflix, Inc.*, 83 F.4tth 1066, 1070 (7tth Cir. 2023). Defendant is a citizen of Ohio. The same was also true at the time of the commencement of this action and on the date it was originally removed.

2

14.     Plaintiff is a citizen of the State of Kentucky. (Exhibit A at ¶ 1). The same was also true at the time of the commencement of this action and on the date it was originally removed.

15.     Because Defendant is a citizen of Ohio and Plaintiff is a citizen of Kentucky, complete diversity exists under 28 U.S.C. § 1332.

16.     Under 28 U.S.C. § 1446 (c)(2), "if removal of a civil action is sought on the basis of the jurisdiction conferred by section 1332(a), the sum demanded in good faith in the initial pleading shall be deemed to be the amount in controversy" unless certain exceptions apply. 28 U.S.C. § 1446(c)(2).

17.     Plaintiff demands "judgment against **Defendant** in the amount of **$1,000,000**[.]" (Exhibit A at Section VI.)

18.     Because Plaintiff has demanded judgment in an amount exceeding $75,000, the amount in controversy exceeds $75,000 under 28 U.S.C. § 1332.

### REQUIREMENTS OF NOTICE OF REMOVAL

19.     Venue is proper in this Court and division pursuant to 28 U.S.C. § 1391(b).

20.     Further, the United States District Court for the Southern District of Indiana, New Albany Division, is the district court for the judicial district and division encompassing Floyd County, Indiana, where the state court action is pending. 28 U.S.C. § 94(b)(4).

21.     This Notice of Removal was timely filed in accordance with 28 U.S.C. § 1446.

22.     A true copy of the Complaint and all process, pleadings, and other documents in compliance with Local Rule 81-2(a) are attached as **Exhibit B**.  The necessary filing fees have been paid simultaneously with the filing of this Notice of Removal.

23.    Pursuant to 28 U.S.C. § 1446(d), a written copy of this Notice of Removal is being served by U.S. Mail on Plaintiff, and a Notice of Filing Notice of Removal is being filed with the Floyd County Superior Court in accordance with 28 U.S.C. § 1446.

24.    Defendant submits this Notice of Removal without waiving any defenses to the claims asserted by Plaintiff or conceding that Plaintiff has pled claims upon which relief can be granted.

WHEREFORE, Defendant, INNH EMP, LLC —improperly named as Rolling Hills Healthcare Center, respectfully requests the Court assume jurisdiction over this case in accordance with 28 U.S.C. §§ 1332, 1441, and 1446.

Respectfully submitted,

*/s/ Zachary A. Ahonen*
Zachary A. Ahonen
Brian L. Mosby
JACKSON LEWIS P.C.
211 N. Pennsylvania Street, Suite 1700
Indianapolis, IN 46204
Tel:    (317) 489-6930
Fax:    (317) 489-6931
*zachary.ahonen@jacksonlewis.com*
*brian.mosby@jacksonlewis.com*

*Attorneys for Defendant,*
*INNH EMP, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 17, 2025, I filed the foregoing electronically with the Clerk of the Court. Notice of this filing will be sent to the following by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

The undersigned hereby certified that on October 17, 2025, a copy of the foregoing was served upon the following party by United States first-class mail, postage paid.

Sydney Price
10210 Hornbeam Blvd.
Louisville, KY 40228
*Pricesydney95@gmail.com*

*/s/ Zachary A. Ahonen*
Zachary A. Ahonen

4935-7277-4254, v. 1

5